**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RODRIC D. COHNS**                                                                              **PLAINTIFF**

**v.**                                          **CASE NO. 4:15CV00023 BSM**

**SCOTT HUFFMAN et al.**                                                               **DEFENDANTS**

<u>**ORDER**</u>

The recommended disposition ("RD") submitted by United States Magistrate Judge Beth Deere has been reviewed.  No objections have been filed.  After careful consideration, the RD is hereby adopted in all respects and plaintiff Rodric Cohns's claims are dismissed with prejudice.  It is certified that an *in forma pauperis* appeal from this order or the accompanying judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3)

IT IS SO ORDERED this 16th day of November 2015.

_____
UNITED STATES DISTRICT JUDGE