IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RODRIC D. COHNS**                                        **PLAINTIFF**

**v.**                 **CASE NO. 4:15CV00023 BSM**

**SCOTT HUFFMAN et al.**                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is hereby dismissed with prejudice.

DATED this 16th day of November 2015.

_____
UNITED STATES DISTRICT JUDGE